UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Dozier,

      Petitioner,

v.                                                                                     Civil No. 14–4248 (JNE/HB)
                                                                                     ORDER

United States of America,

      Respondent.

This matter is before the Court on a Report and Recommendation issued by the Honorable Hildy Bowbeer, United States Magistrate Judge, on November 30, 2015. No objection to the Report and Recommendation has been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

      Therefore, IT IS ORDERED THAT:

1.     Daniel Dozier's petition for writ of habeas corpus under 28 U.S.C. § 2241 [Docket No. 1] is DENIED;

2.     The Report and Recommendation [Docket No. 12] is ADOPTED; and

3.     This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 14, 2016

                                                                             s/Joan N. Ericksen
                                                                            JOAN N. ERICKSEN
                                                                            United States District Judge